| AO 10<br>Rev. 1/2010 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Schreier, Karen E. | 2. Court or Organization<br><br>U.S. District Court, South Dak | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States District Court<br>400 S. Phillips Avenue, Rm. 233<br>Sioux Falls, SD 57104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Board of Directors | YMCA of Rapid City |
| 2. President | Eighth Circuit District Judges Association |
| 3. Member Board of Directors | South Dakota Children's Home Society |
| 4. Member Board of Directors | Federal Judges Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 17 A 9:48 FINANCIAL DISCLOSURE OFFICE

Schrerier, Karen E.

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Academy of Pediatrics | 10/17/09 to 10/19/09 | Washington, DC | co-teach seminar on testifying in court | hotel, airline, and per diem |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schreier, Karen E. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 T. Rowe Price | | | | | | | | | |
| 2. -EQUITY INCOME FUND | A | Dividend | K | T | | | | | |
| 3. -GROWTH STOCK FUND | A | Dividend | K | T | | | | | |
| 4. -NEW HORIZONS FUND | A | Dividend | L | T | | | | | |
| 5. -SCIENCE AND TECHNOLOGY FUND | | None | K | T | | | | | |
| 6. -VALUE FUND | A | Dividend | K | T | | | | | |
| 7. IRA ACCOUNT #1 UBS Financial Services | | | | | Closed | 01/13/09 | | | |
| 8. -UBS BANK USA DEP ACCT | | None | | | Sold | 01/13/09 | J | | |
| 9. -UBS PACE MONEY MARKET | A | Interest | | | Sold | 01/13/09 | J | | |
| 10. IRA ACCOUNT #1 RBC Wealth Management | | | | | | | | | |
| 11. -Prime Money Market Fund | A | Interest | J | T | Buy | 01/15/09 | J | | |
| 12. - | | | | | Buy (add'l) | 03/24/09 | J | | |
| 13. - | | | | | Buy (add'l) | 10/30/09 | J | | |
| 14. -PACIFIC LIFE FDS | B | Int./Div. | L | T | Buy | 11/06/09 | L | | |
| 15. -AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | A | Int./Div. | | | Sold | 11/06/09 | J | | |
| 16. -EATON VANCE LARGE CAP VALUE FUND CLASS A | A | Int./Div. | | | Sold | 11/05/09 | J | | |
| 17. -FIDELITY ADVISOR LEVERAGED CO STOCK FUND CL A | A | Int./Div. | | | Sold | 11/05/09 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -OPPENHEIMER MAIN STREET SMALL CAP FUND A | A | Int./Div. | | | Sold | 11/05/09 | J | | |
| 19. -THORNBURG INT. VALUE FUND CL A | A | Int./Div. | | | Sold | 11/05/09 | J | | |
| 20. -DELAWARE DIVERSIFIED INCOME FUND CL A | A | Int./Div. | | | Sold | 11/05/09 | J | | |
| 21. -FT TEMPLETON GLOBAL BOND A | A | Int./Div. | | | Sold | 11/05/09 | J | | |
| 22. --LOOMIS SAYLES STRATEGIC INC. FUND CLASS A | A | Int./Div. | | | Sold | 11/05/09 | J | | |
| 23. NEW YORK LIFE INSURANCE CO. - ANNUITY | A | Interest | K | T | | | | | |
| 24. NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 25. LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 26. JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 27. TRAVELERS LIFE & ANNUITY UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 28. COMMUNITY HEALTH LTD. (2/3 UNIT) | B | Distribution | J | W | | | | | |
| 29. HOME FEDERAL BANK ACCOUNT | A | Interest | K | T | | | | | |
| 30. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | E | Distribution | M | T | | | | | |
| 31. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 32. -TAMARACK PRIME MONEY MKT FD | A | Interest | J | T | | | | | |
| 33. -ALLIANCE BERNSTEIN MID CAP GROWTH FUND CL C | A | Dividend | J | T | | | | | |
| 34. -ALTRIA GROUP INC. COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -BURLINGTON NORTHERN-SANTA FE COMMON | A | Dividend | K | T | | | | | |
| 36. -CISCO SYSTEMS INC. COMMON | | None | J | T | | | | | |
| 37. -CITIGROUP INC. COMMON | A | Dividend | J | T | Buy | 09/02/09 | J | | |
| 38. -COCA-COLA COMPANY COMMON | A | Dividend | J | T | | | | | |
| 39. -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 40. -DREYFUS S&P 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 41. -EMC CORP. MASS COMMON | | None | J | T | | | | | |
| 42. -GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 43. -HANESBRANDS INC. COMMON | | None | J | T | | | | | |
| 44. -HOME DEPOT INC. COMMON | A | Dividend | J | T | | | | | |
| 45. -ING INDEX PLUS MIDCAP FUND CL A | A | Dividend | J | T | | | | | |
| 46. -ING INDEX PLUS SMALLCAP FUND CL A | A | Dividend | J | T | | | | | |
| 47. -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 48. -KOPIN CORP COMMON | | None | J | T | | | | | |
| 49. -KRAFT FOODS INC CL A | A | Dividend | J | T | | | | | |
| 50. -MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 51. -MERCK & CO. INC. COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 53. -PEPSICO INCORPORATED COMMON | A | Dividend | J | T | | | | | |
| 54. -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 55. -PHILIP MORRIS INTL INC. COMMON | B | Dividend | K | T | | | | | |
| 56. -PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 57. -REGIONAL BK HOLDRS TR DEPOSITARY RCPT | A | Dividend | J | T | Buy | 09/02/09 | J | | |
| 58. -SARA LEE CORP. COMMON | A | Dividend | J | T | | | | | |
| 59. -3M COMPANY COMMON | A | Dividend | J | T | | | | | |
| 60. -TIME WARNER CABLE INC COMMON | A | Dividend | J | T | Spinoff (from line 61) | 03/30/09 | J | | |
| 61. -TIME WARNER INC. NEW COMMON | A | Dividend | J | T | | | | | |
| 62. -VAN ECK FUNDS GLOBAL HARD ASSETS FUND CL C | | None | J | T | Buy | 09/02/09 | J | | |
| 63. -WALGREEN CO COMMON | A | Dividend | J | T | | | | | |
| 64. -WALT DISNEY CO (HOLDING CO) COMMON | A | Dividend | J | T | | | | | |
| 65. -BP PLC SPONS ADR COMMON | A | Dividend | J | T | | | | | |
| 66. -COVIDIEN PLC COMMON (X) | A | Dividend | J | T | | | | | |
| 67. -AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | A | Dividend | K | T | | | | | |
| 68. -TYCO ELECTRONICS LTD COMMON | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -TYCO INTL LTD NEW COMMON | A | Dividend | J | T | | | | | |
| 70.  -ALLIANCE BERNSTEIN GLOBAL BOND FUND INC CL A | A | Int./Div. | J | T | | | | | |
| 71.  -PIMCO FDS HI YLD CL C | A | Dividend | J | T | | | | | |
| 72.  -NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | A | Interest | J | T | | | | | |
| 73.  -THORNBURG LTD TERM MUNICIPAL FUND CL A | A | Interest | J | T | | | | | |
| 74.  -PHOENIX GO AZ BOND | | None | J | T | | | | | |
| 75.  -CA HLTH FAC. REV. BOND | | None | J | T | | | | | |
| 76.  -WA ST. COLL SVGS BDS. 93 WA | | None | J | T | | | | | |
| 77.  -SO DAK ST. BLD. ATH LES. REV. AMBAC BOND | | None | J | T | | | | | |
| 78.  -MARICOPA CO. IDA SFM ETM AZ BOND | | None | J | T | | | | | |
| 79.  -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 80.  -EAST SIDE UHSD CALIF. BOND | | None | J | T | | | | | |
| 81.  -YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 82.  -RYDEX SER FDS JUNO FD CL C | | None | J | T | | | | | |
| 83.  -LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | J | T | | | | | |
| 84.  IRA ACCOUNT #2 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 85.  -TAMARACK PRIME MONEY MKT FD | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -EATON VANCE LARGE CAP VALUE FUND CL A | A | Dividend | J | T | | | | | |
| 87. -AMERICAN FUNDS GROWTH FUND CLASS F | A | Dividend | K | T | | | | | |
| 88. -AMERICAN FUNDS EURO PACIFIC GROWTH FUND CL A | A | Dividend | K | T | | | | | |
| 89. -OPPENHEIMER MAIN STREET SMALL CAP FUND A | A | Dividend | J | T | | | | | |
| 90. -R S VALUE FUND CL A | A | Dividend | J | T | | | | | |
| 91. -DELAWARE DIVERSIFIED INCOME FUND CL A | A | Dividend | J | T | | | | | |
| 92. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND CL I | A | Interest | J | T | Buy | 09/02/09 | J | | |
| 93. -FT TEMPLETON GLOBAL BOND A | A | Interest | J | T | | | | | |
| 94. -LOOMIS SAYLES STRATEGIC INCOME FUND CL A | A | Dividend | J | T | | | | | |
| 95. -FICO STRIPS SERIES E BOND | | None | J | T | | | | | |
| 96. -US TREAS. SEC. STRPD. BOND | | None | K | T | | | | | |
| 97. -FHR 2121-Z f/k/a FEDL. HOME LOAN MTG. CORP. BOND | A | Interest | J | T | | | | | |
| 98. BROKERAGE ACCOUNT #3 UBS ACCOUNT | | | | | Closed | 03/12/09 | | | |
| 99. -UBS PACE MONEY MARKET INVESTMENT FUND CLASS P | A | Int./Div. | | | Sold | 3/12/09 | J | | |
| 100. -UBS DEPOSIT ACCOUNT | A | Int./Div. | | | Sold | 03/12/09 | J | | |
| 101. BROKERAGE ACCOUNT #3 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 102. -GALENA PARK IND. BOND | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -CLACKMUS & WASHINGTON SERV A BOND | | None | K | T | | | | | |
| 104. -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | K | T | | | | | |
| 105. - PRIME MONEY MARKET FUND | A | Interest | J | T | Open | 03/13/09 | J | | |
| 106. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | L | T | | | | | |
| 107. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | J | T | | | | | |
| 108. DOUGHERTY & DOUGHERTY LLP | D | Interest | M | W | | | | | |
| 109. DISCOVER BANK ACCOUNT | B | Interest | M | T | | | | | |
| 110. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 111. -C H ROBINSON WORLDWIDE INC. COMMON | A | Dividend | J | T | | | | | |
| 112. -EATON VANCE NAT MUN COMMON | A | Dividend | J | T | Buy | 5/29/09 | J | | |
| 113. -MDRNA INC f/k/a NASTECH PHARMACEUTICAL CO. INC COMMON | | None | J | T | | | | | |
| 114. -SPECTRASCIENCE COMMON | | None | J | T | | | | | |
| 115. -US BANCORP DEL COMMON | A | Dividend | J | T | | | | | |
| 116. -TUSCARAWAS CNTY OHIO HOSP REV BOND | A | Interest | K | T | | | | | |
| 117. -MERRILL LYNCH 7 CO INC COPORATE BOND | A | Interest | K | T | | | | | |
| 118. -BANK AMER CORP BOND | A | Interest | K | T | Buy | 11/23/09 | K | | |
| 119. -JPMORGAN CHASE BK NEW YORK, NY CD | A | Interest | K | T | Redeemed | 07/22/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -WELLS FARGO BK NA CD | A | Interest | J | T | Buy | 07/31/09 | J | | |
| 121. DOUGHERTY & COMPANY LLC MM ACCOUNT | A | Interest | J | T | | | | | |
| 122. | | | | | | | | | |

| 1. Income Gain Codes: | A -$1.000 or less | B -$1.001 - $2.500 | C -$2.501 - $5.000 | D =$5,001 - $15,000 | F -$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1,000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15,000 or less | K -$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 -$5.000.001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes | Q -Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schreier, Karen E. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544